379 A.2d 608

Commonwealth v. Scott, Appellant, et al.

Commonwealth v. Scott (et al., Appellant).

Argued September 14, 1976. Paul Shalita, with him Erskine, Wolfson, Pierson & Jones, for appellants; James W. Wilson, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.